# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0520
LT Case No. 2023-CF-000080-A

_____

MIKHAIL SABROCHE,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Jacqueline J. Dixon, Assistant Public Defender, Inverness, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

April 10, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 21, 2026 judgment and sentence rendered in Case No. 2023-CF-000080-A, in the Circuit Court in and for Citrus County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____